UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>ADAMS RESTAURANT GROUP, INC. D/B/A<br>CLAUDIA'S STEAKHOUSE, ET AL.<br><br>   Defendants. | Civil Action No. 1:16-CV-00977-EGS<br>Hon. Emmet G. Sullivan |

## RENEWED MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANTS ADAMS RESTAURANT GROUP, INC. AND CLAUDIA RIVAS

Defendants Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse ("ARG" or "Claudia's Steakhouse") and Claudia Rivas (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move the Court for an Order dismissing Plaintiff Anastacio Salvador Rodriguez's ("Plaintiff") Complaint (Dkt. No. 1).

Plaintiff alleges that Defendants improperly classified him as an exempt employee and failed to pay him overtime wages in violation of the Fair Labor Standards Act ("FLSA") (Count I), the District of Columbia Minimum Wage Act ("DCMWA") (Count II), and the District of Columbia Wage Payment and Wage Collection Law ("DCWPCL") (Count III).

The Court should grant summary judgment in favor of Defendants on each of Plaintiff's claims because the undisputed evidence demonstrates that Plaintiff was properly classified as an exempt employee under the FLSA, DCMWA, and DCWPCL, and therefore was not entitled to overtime wages for hours worked in excess of 40 in a week; and, alternatively, Plaintiff's assertion of willfulness must fail because there is no evidence of any such conduct.

In support of this Motion, Defendants submit a separate Statement of Undisputed Facts, a Memorandum of Law and Exhibits thereto, and a Proposed Order, all of which are filed contemporaneously herewith. Pursuant to Local Rule 7(f), Defendants also request an oral hearing before the Court.

Respectfully submitted,

ADAMS RESTAURANT GROUP, INC. AND
CLAUDIA RIVAS

By Counsel

/s/ Karen A. Doner
Karen A. Doner (Bar No. 458626)
Natalie A. Rainforth (Bar No. 999159)
Doner Law, PLC
1500 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
Tel: (703) 462-5471
Fax: (703) 462-5437
kdoner@donerlawplc.com
npoteet@donerlawplc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of May, 2017, true and accurate copies of the foregoing Defendants Adams Restaurant Group, Inc. and Claudia Rivas' Renewed Motion for Summary Judgment, along with their accompanying Statement of Undisputed Facts, Memorandum of Law in Support, Exhibits, and Proposed Order, were filed with the Clerk of the Court and served electronically through the Court's CM/ECF system upon the following:

Michael K. Amster, Esq.
James Barrett Kelly, Esq.
Zipin, Amster & Greenberg
8757 Georgia Ave, Suite 400
Silver Spring, Maryland 20910
Tel: (301) 587-9373
Fax: (301) 587-9397
mamster@zagfirm.com
*Counsel for Plaintiff*

/s/ Karen A. Doner
Karen A. Doner