# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
------------------------------x
ANASTACIO SALVADOR RODRIGUEZ,
        Plaintiff,             *   Civil Action No.:

V.                             *   1:16-CV-00977-EGS

ADAMS RESTAURANT GROUP, INC.,  *

D/B/A CLAUDIA'S STEAKHOUSE,    *

ET AL.                         *

        Defendants.            *
------------------------------x
```

Tysons Corner, Virginia
Wednesday, February 1, 2017

Deposition of:

ANASTACIO SALVADOR RODRIGUEZ,

a witness herein, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by DAWN L. HALCISAK, a Notary Public in and for the State of Virginia, taken at the Law Offices of Doner Law, PLC, 8200 Greensboro Drive, Suite 900, Tysons Corner, Virginia 22102, at 1:01 p.m., and the proceeding being taken down by Stenotype by DAWN L. HALCISAK, CLR, and transcribed under her direction.

1  salaried employee?

2      A.    Yes, because when I did not get the

3  increase, in those days, on a Sunday, the chef

4  left.

5      Q.    Okay.  And the chef you're referring to is

6  Louis Benitez?

7      A.    No, Brad.

8      Q.    Brad left.

9            Okay.  When Brad left, is it your

10 testimony that Louis Benitez became sous chef?

11     A.    Yes.  He was the sous chef, yes.

12     Q.    And it's your testimony that you remained

13 as a cook while being paid the salary for

14 approximately one month?

15     A.    Yes.

16     Q.    And -- okay.  And then did Louis Benitez

17 leave?

18     A.    Yes.

19     Q.    And you became sous chef at that time?

20     A.    Yes.

21     Q.    What is your understanding of why Louis

```
 1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2         I, Dawn L. Halcisak, Court Reporter and Notary
 3    Public in and for the State of Maryland, the officer
 4    before whom the foregoing deposition was taken, do
 5    hereby certify that the foregoing transcript is a
 6    true and correct record of the testimony given; that
 7    said testimony was taken by me stenographically and
 8    thereafter reduced to typewriting under my direction
 9    and that I am neither counsel for, related to, nor
10    employed by any of the parties to this case and have
11    no interest, financial or otherwise, in its outcome.
12
13    My commission expires:
14    August 4, 2019
15
16
17    _____
18    NOTARY PUBLIC IN AND FOR THE
19    STATE OF MARYLAND
20
21
```