# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
-------------------------------x
ANASTACIO SALVADOR RODRIGUEZ,
        Plaintiff,              *   Civil Action No.:

V.                              *   1:16-CV-00977-EGS

ADAMS RESTAURANT GROUP, INC.,   *

D/B/A CLAUDIA'S STEAKHOUSE,     *

ET AL.                          *

        Defendants.             *
-------------------------------x
```

                                    Tysons Corner, Virginia
                                    Friday, February 17, 2017
30(b)(6) Deposition of:

CHARLES MARK ADAMS,

a witness herein, called for examination by counsel for the Plaintiff in the above-entitled matter, pursuant to notice, the witness being duly sworn by DAWN L. HALCISAK, a Notary Public in and for the State of Virginia, taken at the Law Offices of Zipin, Amster & Greenberg, Suite 400, Silver Spring, Maryland 20910, 10:16 at a.m., and the proceeding being taken down by Stenotype by DAWN L. HALCISAK, CLR, and transcribed under her direction.

1           MS. DONER:  Yes.
2  BY MR. AMSTER:
3      Q.   Okay.  You don't know anything about that?
4      A.   No.
5           MR. AMSTER:  Let's take a few minutes
6  break.
7           MS. DONER:  Okay.
8                (Off record discussion.)
9                (Recessed at 1:00 p.m.)
10               (Reconvened at 1:21 p.m.)
11          MR. AMSTER:  Back on the record.
12 BY MR. AMSTER:
13     Q.   Just very briefly --
14          MS. DONER:  Oh, there was one thing --
15          MR. AMSTER:  Okay.  Let's handle that
16 first.
17          Go ahead, Mr. Adams.
18          THE WITNESS:  Yeah, I think I'm stating
19 that -- I think I've stated that Mr. Benites, Luis,
20 right, and Mr. Rodriguez were transitional, one
21 transitioning from the other.  But there was a

1  period of time that they both co-existed as sous
2  chefs.
3  BY MR. AMSTER:
4      Q.   Okay.
5      A.   Both those guys did; one was responsible
6  for the day shift, shift one, and one was
7  responsible for the night shift.
8      Q.   And how did you come to realize that?
9      A.   A conversation.
10     Q.   With whom?
11     A.   Claudia.
12     Q.   What did you all discuss?
13     A.   That -- that particular thing.  I said,
14 "Refresh my memory," and she refreshed my memory.
15     Q.   Anything else?
16     A.   No.
17     Q.   And what did Ms. Rivas specifically say?
18     A.   She said, "No, they were both sous chefs
19 at the same time."
20     Q.   Do you know approximately how long they
21 both worked as sous chefs?

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Dawn L. Halcisak, Court Reporter and Notary

3   Public in and for the State of Maryland, the officer

4   before whom the foregoing deposition was taken, do

5   hereby certify that the foregoing transcript is a

6   true and correct record of the testimony given; that

7   said testimony was taken by me stenographically and

8   thereafter reduced to typewriting under my direction

9   and that I am neither counsel for, related to, nor

10  employed by any of the parties to this case and have

11  no interest, financial or otherwise, in its outcome.

12

13  My commission expires:

14  August 4, 2019

15

16

17  *[Signature: Dawn L. Halcisak]*

18  NOTARY PUBLIC IN AND FOR THE

19  STATE OF MARYLAND

20

21