# EXHIBIT E

```
                UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF COLUMBIA

---------------------------------x
ANASTACIO SALVADOR RODRIGUEZ,
         Plaintiff,              *   Civil Action No.:

V.                               *   1:16-CV-00977-EGS

ADAMS RESTAURANT GROUP, INC.,    *

D/B/A CLAUDIA'S STEAKHOUSE,      *

ET AL.                           *

         Defendants.             *
---------------------------------x
                                     Tysons Corner, Virginia
                                     Thursday, February 16, 2017
Deposition of:

                ANASTACIO SALVADOR RODRIGUEZ,
```

a witness herein, called for examination by counsel for the Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by DAWN L. HALCISAK, a Notary Public in and for the State of Virginia, taken at the Law Offices of Doner Law, PLC, 8200 Greensboro Drive, Suite 900, Tysons Corner, Virginia 22102, at 10:23 p.m., and the proceeding being taken down by Stenotype by DAWN L. HALCISAK, CLR, and transcribed under her direction.

1    A.   No.

2    Q.   Okay.  Can you tell me who was the head

3 person in charge of the kitchen, and then who was

4 under that person, and who was under that person,

5 until had you get to the line cooks?

6    A.   At what time?

7    Q.   Okay.  During the time that you were sous

8 chef.

9    A.   Who was the supervisor -- or what was the

10 question?

11   Q.   Well, who was the head person of the

12 kitchen, when you were sous chef?

13   A.   It was the manager, because he's the one

14 that that would come to open.

15   Q.   Was it David Bowen?

16   A.   Sometimes, him; or sometimes, his

17 second -- how do you call them?

18   Q.   Who was that?

19   A.   Javier.

20   Q.   There was no executive chef, when you were

21 a sous chef, correct?

1  A.  The executive chef, when I was sous chef?
2  Supposedly, it was Claudia.
3  Q.  Why do you say "supposedly"?
4  A.  Because when Lewis left, we spoke to her
5  and I began to work, then, the seven days.  So then
6  we spoke about whether she was going to bring in
7  another person to help me; she said yes.  But two
8  days later, she changed her mind and told me -- and
9  she told me "I am living in Virginia, I'm going to
10 move to DC, I'm going to be the chef, I will help
11 you.  The days that you have off, Sundays and
12 Monday -- Monday, I am going to be here, and I'm
13 not going to hire another sous chef."
14 Q.  Or another executive sous chef, correct?
15 A.  Correct.  Yes.  Yes, because she said that
16 she was going to be the chef.
17 Q.  And Claudia was above David Bowen?
18 A.  Yes.  She is the owner.
19 Q.  So far, we have Claudia, then David, then
20 Javier; and then is it you?
21 A.  After -- it was another manager, but I

```
 1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2            I, Dawn L. Halcisak, Court Reporter and Notary
 3    Public in and for the State of Maryland, the officer
 4    before whom the foregoing deposition was taken, do
 5    hereby certify that the foregoing transcript is a
 6    true and correct record of the testimony given; that
 7    said testimony was taken by me stenographically and
 8    thereafter reduced to typewriting under my direction
 9    and that I am neither counsel for, related to, nor
10    employed by any of the parties to this case and have
11    no interest, financial or otherwise, in its outcome.
12
13    My commission expires:
14    August 4, 2019
15
16
17    _____
18    NOTARY PUBLIC IN AND FOR THE
19    STATE OF MARYLAND
20
21
```