# EXHIBIT G

ANASTACIO SALVADOR RODRIGUEZ,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Civil Action No. 1:16-CV-00977-EGS
v.　　　　　　　　　　　　　　　　　　)　　　Hon. Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　)
ADAMS RESTAURANT GROUP, INC. D/B/A )
CLAUDIA'S STEAKHOUSE, ET AL.　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)

## DECLARATION OF MARLON ALFARO

I, Marlon Alfaro, hereby state and declare as follows:

1.　　　I was employed by Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse ("ARG") as General Manager from the inception of the restaurant until January 2016. As General Manager, I oversaw the general operations of the restaurant.

2.　　　Beginning in September 2015 when Plaintiff Anastacio Rodriguez ("Mr. Rodriguez") was promoted to the position of Sous Chef, his most important and primary duty was to manage the restaurant's kitchen operations and staff, including the daily supervision of approximately 8-10 kitchen employees per day (4-5 kitchen employees per shift). During meal rushes, Mr. Rodriguez would stand at the front of the kitchen giving instructions to the kitchen staff, as well as rotate among their stations to oversee their work. It was not the responsibility of David Bowen, the Restaurant Manager, to supervise kitchen employees. Mr. Bowen was responsible for supervising the Front of the House employees.

3.　　　As Sous Chef, Mr. Rodriguez was in charge of the kitchen in all respects. In connection with his supervision of the kitchen staff, he had the authority to hire and fire kitchen

1

employees and his suggestions and recommendations as to hiring and firing of kitchen employees were given great weight. Although I assisted with having new hires fill out hiring paperwork and getting them set up in the payroll system, Mr. Rodriguez was the one who interviewed new hires and would let me know if they were "good to go," meaning they should be hired by ARG in his opinion. I recall at least 3 kitchen employees interviewed by Mr. Rodriguez and recommended by him for hire. Although I technically had the authority to decide to not hire someone he recommended, I did not exercise that authority and instead relied upon his judgment regarding whether to hire them for employment. Additionally, while pay rates are set generally by the restaurant based on a person's position, Mr. Rodriguez had the authority to recommend a higher wage if he believed an individual was worth it. I recall him doing so on at least two occasions, and both times I agreed to pay his recommended rate.

4.      Although Mr. Rodriguez had the authority to fire a kitchen staff employee, there was no need to do so while he was Sous Chef. I recall kitchen employees not showing up to work – abandoning their jobs, which we treated as a voluntary resignation so there was no need to terminate them. Furthermore, although Mr. Rodriguez had the authority to formally discipline employees, I do not believe he had the need to do so. However, he certainly counseled kitchen employees regarding how to do their jobs better on a regular basis, providing guidance in the kitchen while observing their work. Mr. Rodriguez also trained new hires in the kitchen.

5.      Mr. Rodriguez also established the work schedules for the kitchen staff. I did not approve the work schedules, nor did Mr. Bowen. Mr. Rodriguez had complete discretion in this regard.

6.      As Sous Chef, Mr. Rodriguez was responsible for enforcement of health/sanitation regulations as well as safety standards. Mr. Rodriguez typically worked 5-6 days per week. He worked no more than 60 hours per week, but more specifically, he worked

approximately 48-56 hours per week. The restaurant served lunch and dinner on weekdays (Monday through Friday) and dinner on weekend nights (Saturday and Sunday). There was a lot of downtime between lunch and dinner shifts on weekdays.

7.     As Sous Chef, Mr. Rodriguez also assisted with the preparation/creation of food menus, and the inventory/ordering of ingredients and supplies. He had the responsibility to ensure that the plates coming from the kitchen were of the highest quality (both in terms of taste and design).

8.     Of course, Mr. Rodriguez, as Sous Chef, also participated in food preparation and cooking. However, the more important aspect of his job was to oversee the kitchen operations and kitchen staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of March, 2017.

Marlon Alfaro