# EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * Case No.: 1:16-CV-00977-EGS |
| | * |
| ADAMS RESTAURANT GROUP, INC., D/B/A/ | * |
| CLAUDIA'S STEAKHOUSE, *ET AL.* | * |
| | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF ANASTACIO SALVADOR RODRIGUEZ'S ANSWERS TO DEFENDANT ADAMS RESTAURANT GROUP, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Plaintiff, Anastacio Salvador Rodriguez ("Plaintiff"), by and through counsel, hereby responds to Defendant Adams Restaurant Group Inc.'s First Set of Interrogatories, and states as follows:

### GENERAL RESPONSES

A. The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes the party's agents, representatives and attorneys unless privileged.

B. The word usage and sentence structure is that of the attorney and does not purport to be the exact language of the executing party.

### GENERAL OBJECTIONS

A. Plaintiff objects to the definitions and instructions on grounds that they seek to impose obligations greater than or in conflict with those established by the applicable rules.

B. Plaintiff objects to the definitions and instructions on grounds that they seek information protected by the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or immunity, including the Privacy Act of 1974.

1

17 of the Complaint.

**RESPONSE:** Plaintiff eventually did receive his final paycheck and withdraws the allegations in Paragraph 17 of the Complaint.

INTERROGATORY NO. 14: Please state all facts on which you base your assertion that Defendants "were obligated to compensate [you] at the overtime rate of one-and-one-half times (1.5x) [your] regular rate" of pay for all overtime hours worked, as alleged in Paragraphs 22 and 28 of the Complaint.

**RESPONSE:** Plaintiff refers to his responses to Interrogatory Nos. 2, 3, 5 and 9.

INTERROGATORY NO. 15: Please state all facts on which you base your assertion that Defendants' alleged failure to pay you wages purportedly was "willful and intentional," "not in good faith," and/or "not the result of any bona fide dispute," as alleged in Paragraphs 18, 25, 31, and 39 of the Complaint.

**RESPONSE:** Plaintiff refers to his responses to Interrogatory Nos. 2, 3, 5 and 9. Plaintiff further states that the composition of Defendants' staff – both quantitatively and qualitatively – was such that Defendants either knew of the existence of the minimum wage laws that are at issue in this case, or was such that Defendants acted with reckless disregard for the existence of such laws. Plaintiff further states that Defendants, in a deliberate attempt to avoid paying Plaintiff overtime wages, placed Plaintiff on salary at or around the time they increased his hours to approximately 70 each week.

INTERROGATORY NO. 16: Please state all facts on which you base your assertions that you are entitled to awards of liquidated and/or treble damages against Defendants.

**RESPONSE:** Plaintiff refers to his responses to Interrogatory Nos. 2, 3, 5, 9 and 15. Plaintiff further states that Defendant has not promptly paid him the full amount of wages owed to him under

8

Respectfully submitted,

Michael K. Amster, Esq.
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel:(301) 587-9373
mamster@zagfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Answers to Defendant Adams Restaurant Group, Inc.'s First Set of Interrogatories was sent via e-mail and U.S. Mail, postage paid, on December 28, 2016, to the following:

Karen A. Doner, Esq.
Roth Doner Jackson, PLC
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102

*Counsel for Defendants*

Michael K. Amster

## VERIFICATION

I SWEAR AND AFFIRM that the foregoing Interrogatory Responses are true and correct and testified to from my personal first-hand knowledge.

_____
Signature (*firma*)

12/19/16
Date (*fecha*)

Anastacio Salvador-Rodriguez
Name (*nombre*)