UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ADAMS RESTAURANT GROUP, INC. D/B/A<br>CLAUDIA'S STEAKHOUSE, ET AL.<br><br>Defendants. | Civil Action No. 1:16-CV-00977-EGS<br>Hon. Emmet G. Sullivan |

**PROPOSED ORDER**

Defendants Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse and Claudia Rivas (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move the Court for an Order dismissing Plaintiff Anastacio Salvador Rodriguez's ("Plaintiff") Complaint (ECF No. 1).

Upon consideration of Defendants' Renewed Motion for Summary Judgment (ECF No. \_\_\_\_), any Opposition or Reply thereto, and any other evidence or argument that came before the Court, and for good cause shown, it is hereby

**ORDERED**, that the Motion is **GRANTED** in its entirety; and

**ORDERED**, that judgment is entered in favor of Defendants as to Counts I, II, and III, and the Complaint is therefore dismissed, with prejudice.

Entered on this _____ day of _____, 2017.

_____
Hon. Emmet G. Sullivan
United States District Court Judge

Copies to:

Karen A. Doner Esq.
Natalie A. Rainforth, Esq.
Doner Law, PLC
1750 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
Tel: (703) 462-5471
Fax: (703) 462-5437
kdoner@donerlawplc.com
npoteet@donerlawplc.com

*Counsel for Defendants*


Michael K. Amster, Esq.
James Barrett Kelly, Esq.
Zipin, Amster & Greenberg
8757 Georgia Ave, Suite 400
Silver Spring, Maryland 20910
Tel: (301) 587-9373
Fax: (301) 587-9397
mamster@zagfirm.com
bkelly@zagfirm.com

*Counsel for Plaintiff*