# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADAMS RESTAURANT GROUP, INC. D/B/A )<br>CLAUDIA'S STEAKHOUSE, ET AL. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:16-CV-00977-DLF |

## DEFENDANTS' PROPOSED VERDICT FORM

Defendants Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse ("ARG") and Claudia Rivas (collectively, "Defendants"), pursuant to Section B of the Court's Pretrial Order, hereby propose the following Verdict Form:

1. Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse violated the Fair Labor Standards Act and/or the District of Columbia Minimum Wage Law by classifying Plaintiff as an exempt employee?

_____ Yes          _____ No

*If your answer to Question 1 is yes, move to Question 2. If your answer to Question 1 is no, STOP. You have reached your verdict.*

2. Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant Claudia Rivas was Plaintiff's employer?

_____ Yes          _____ No

*If your answer to Question 2 is yes, move to Question 3. If your answer to Question 3 is no, move to Question 4.*

3. Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant Claudia Rivas violated the Fair Labor Standards Act and/or the District of Columbia Minimum Wage Law by classifying Plaintiff as an exempt employee?

_____ Yes                                         _____ No

*Move to Question 4.*

4. What amount, if any, do you award Plaintiff for his unpaid wages?

_____

*If your answer to Question 4 is zero, STOP. You have reached your verdict. If your answer to Question 4 is a sum other than zero, move to Question 5.*

5. Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant Adams Restaurant Group, Inc. d/b/a Claudia's Steakhouse either knew its conduct was unlawful or showed reckless disregard for whether its conduct was unlawful?

_____ Yes                                         _____ No

*If your answer to Question 5 is no, STOP. You have reached your verdict. If your answer to Question 5 is yes, move to Question 6.*

6. Do you find that Plaintiff proved, by a preponderance of the evidence, that Defendant Claudia Rivas either knew her conduct was unlawful or showed reckless disregard for whether her conduct was unlawful?

_____ Yes          _____ No

*Move to Question 7.*

7. What amount, if any, do you award Plaintiff for liquidated damages?

_____

_____          _____
Foreperson                                              Date

ADAMS RESTAURANT GROUP, INC. AND CLAUDIA RIVAS

By Counsel

/s/ Karen A. Doner
Karen A. Doner (Bar No. 458626)
Natalie A. Rainforth (Bar No. 999159)
Doner Law, PLC
1750 Tysons Boulevard, Suite 1500
Tysons Corner, Virginia 22102
Tel: (703) 462-5471
Fax: (703) 462-5437
kdoner@donerlawplc.com
npoteet@donerlawplc.com

*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of June, 2018, a true and accurate copy of the foregoing Defendants' Proposed Verdict Form was filed with the Clerk of the Court and served electronically through the Court's CM/ECF system upon the following:

Michael K. Amster, Esq.
James Barrett Kelly, Esq.
Zipin, Amster & Greenberg
8757 Georgia Ave, Suite 400
Silver Spring, Maryland 20910
Tel: (301) 587-9373
Fax: (301) 587-9397
mamster@zagfirm.com
*Counsel for Plaintiff*

/s/ Karen A. Doner
Karen A. Doner