CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ANASTACIO SALVADOR RODRIGUEZ )
)
vs. )  Civil/Criminal No.: 16-CV-977
)
ADAMS RESTAURANT GROUP, INC. )
)

FILED
AUG 02 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTE FROM JURY

We have reached a verdict

Date: 2 August 2018
Time: 12:10

FOREPERSON