UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

AUG 02 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANASTACIO SALVADOR RODRIGUEZ,

*Plaintiff,*

v.

ADAMS RESTAURANT GROUP, INC.,
D/B/A CLAUDIA'S STEAKHOUSE, *et al.*,

*Defendants.*

Civil Action No. 16-00977 (DLF)

## VERDICT FORM

1. Do you find that the defendants established by a preponderance of the evidence that the plaintiff's primary duty was management of a recognized department of Claudia's Steakhouse?

    _____ YES
    ✓ NO

2. Do you find that the defendants established by a preponderance of the evidence that the plaintiff directed the work of at least two or more other full-time employees or their equivalent?

    _____ YES
    _____ NO

3. Do you find that the defendants established by a preponderance of the evidence that the plaintiff had the authority to hire and fire other employees, or that the plaintiff's suggestions and recommendations as to the hiring, firing, advancement, promotion or other change of status of other employees were given particular weight?

    _____ YES
    _____ NO

1

*If you answered yes to Questions 1-3, STOP. You have reached your verdict. If you answered no to any of Questions 1-3, move to Questions 4-5.*

4. Do you find that the plaintiff established by a preponderance of the evidence that defendant Claudia Rivas was the plaintiff's employer?

    ___✓___ YES
    _____ NO

5. Do you find that the plaintiff established by a preponderance of the evidence that the defendant(s) failed to pay the plaintiff overtime pay required by law?

    ___✓___ YES
    _____ NO

*If you answered no to 5, STOP. You have reached your verdict. If you answered yes, move to Question 6.*

6. Indicate the average number of hours over 40 hours that you find the plaintiff worked per week from September 21, 2015 until March 19, 2016: ____44____

_____          8/2/18
Foreperson                        Date