UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ,<br><br>            *Plaintiff*,<br><br>     v.<br><br>ADAMS RESTAURANT GROUP, *et al.*,<br><br>            *Defendants*. | Civil Action No. 16-0977 (DLF) |

**ORDER OF JUDGMENT**

For the reasons stated by the Court on December 20, 2018, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff is granted judgment against the defendants in the amount of $179,459.88 based on the following: (1) compensatory damages are awarded in the amount of $44,864.97 for unpaid overtime wages and (2) liquidated damages are awarded in the amount of $134,594.91 pursuant to D.C. Code § 32-1012(b).

2. The plaintiff's motion for attorney's fees shall be filed on or before January 21, 2019; the defendants' opposition shall be filed on or before February 20, 2019; and the plaintiff's reply shall be filed on or before March 6, 2019.

_____
DABNEY L. FRIEDRICH
United States District Judge

December 21, 2018