AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ANASTACIO SALVADOR RODRIGUEZ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-CV-977 (DLF) |
| ADAMS RESTAURANT GROUP, INC. et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The plaintiff is granted judgment against the defendants in the amount of $179,459.88 based on the following: (1) compensatory damages are awarded in the amount of $44,864.97 for unpaid overtime wages and (2) liquidated damages are awarded in the amount of $134,594.91 pursuant to D.C. Code § 32-1012(b).

This action was *(check one)*:

☑ tried by a jury with Judge Dabney L. Friedrich presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 12/21/2018

ANGELA D. CAESAR, CLERK OF COURT

K. Harris
*Signature of Clerk or Deputy Clerk*