AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Anastacio Rodriguez | ) |
| *Plaintiff* | ) |
| v. | ) |
| Adams Restaurant Group, Inc. & Claudia Rivas | ) |
| *Defendant* | ) |

Civil Action No.  CV 16-977

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   judgment be entered in favor of Judgment Creditor-Plaintiff against Judgment Debtor-Defendants Adams
Restaurant Group, Inc. d/b/a Claudia's Steakhouse and Claudia Susana Adams a/k/a Claudia Rivas, jointly
and severally in the amount of $480,532.70.

This action was *(check one)*:

☑ tried by a jury with Judge Dabney L. Friedrich _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

❏ decided by Judge _____ on a motion for

Date:   03/18/2022 _____          *ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*